No. 64418.—Naftone, Inc. v. United States, protest 59/28050 (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise described on the invoice as "Synthetic Iron Oxide 140–SO" was actually entered after the rate had been reduced by T.D. 52739, the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, JULY 29, 1960

No. 64419.—Witkowski New York Agency, Inc., and J. J. Gavin & Co., Inc. v. United States, protests 270038–K, etc. (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of flashgun socket adapters the same in all material respects as those the subject of *Witkowski New York Agency, Inc., et al.* v. *United States* (42 Cust. Ct. 84, C.D. 2069), the claim of the plaintiffs was sustained.

No. 64420.—S. P. Skinner Co., Inc. v. United States, protest 59/29961 (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of log fires similar in all material respects to those the subject of *United States* v. *S. P. Skinner Co., Inc.* (46 C.C.P.A. 105, C.A.D. 708), the claim of the plaintiff was sustained.